```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 19096
    MICHELLE M BRADY
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-7062


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/16/2007 and was confirmed 12/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
STARWOOD PORTFOLIO SERVI  CURRENT MORTG        .00            .00           .00
STARWOOD PORTFOLIO SERVI  MORTGAGE ARRE    2789.89            .00           .00
TRIAD FINANCIAL CORP      SECURED VEHIC   10225.00         226.65        523.35
TRIAD FINANCIAL CORP      UNSECURED       11340.07            .00           .00
INTERNAL REVENUE SERVICE  PRIORITY          396.66            .00           .00
AFNI INC                  UNSECURED       NOT FILED           .00           .00
CBE GROUP                 UNSECURED       NOT FILED           .00           .00
CREDIT MANAGEMENT INC     UNSECURED       NOT FILED           .00           .00
CREDIT PROTECTION         UNSECURED       NOT FILED           .00           .00
ENCORE RECEIVABLES        UNSECURED       NOT FILED           .00           .00
HARRIS                    UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED         246.62            .00           .00
ISAC                      UNSECURED        1897.34            .00           .00
NCO FIN/55                UNSECURED       NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED         324.96            .00           .00
INTERNAL REVENUE SERVICE  UNSECURED        4167.52            .00           .00
ILLINOIS DEPT OF REV      PRIORITY          450.90            .00           .00
ILLINOIS DEPT OF REV      UNSECURED          73.70            .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,414.00                     1,673.89
TOM VAUGHN                TRUSTEE                                         189.56
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                   RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE           2,613.45

PRIORITY                                       .00
SECURED                                     523.35
   INTEREST                                 226.65
UNSECURED                                      .00

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 07 B 19096 MICHELLE M BRADY
```

```
ADMINISTRATIVE                                                 1,673.89
TRUSTEE COMPENSATION                                             189.56
DEBTOR REFUND                                                       .00
                                     ---------------     ---------------
TOTALS                                      2,613.45            2,613.45
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 10/29/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```